■ In the Matter of ADAM BENNEFIELD, Petitioner, v ROBERT A. KIRKPATRICK, Superintendent, Wende Correctional Facility, et al., Respondents. [858 NYS2d 646]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [Christopher J. Burns, J.], entered October 2, 2007) to review a determination of respondents. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Hurlbutt, Smith, Green and Gorski, JJ.